| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Jana Coelho |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK NORTHERN DISTRICT COURT |
| **Date:** | Tuesday, February 16, 2021 6:35:03 PM |

CAUTION: External - This email originated from outside of the organization. Do not click links or open attachments unless you verity with the sender and know the content is safe.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: U.S. District Court - Northern District of New York at 833-771-4945.

Account Number: 5312270
Court: NEW YORK NORTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: ANYNDC-5423023
Approval Code: 104904
Card Number: ************1047
Date/Time: 02/16/2021 06:34:58 ET

NOTE: This is an automated message. Please do not reply